IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE SLAYTON, | ) | 8:05V110 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Plaintiff's notice of dismissal (filing 8) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice.

DATED: June 14, 2005.


BY THE COURT:


s/ Richard G. Kopf
United States District Judge